IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW WEST, Defendant. | No. CR92-0023 ORDER FOR DETENTION |

On the 29th day of December 2014, this matter came on for initial appearance. The Government was represented by Assistant United States Attorney Peter Deegan, Jr. Defendant Matthew West appeared in person and was represented by his attorney, Jonathan B. Hammond.

On April 5, 1994, a warrant was issued for Defendant's arrest following his failure to appear for hearing on the Government's Motion for Revocation of Pretrial Release. Defendant was arrested on the warrant more than 20 years later, on December 28, 2014. While the procedural history in the case is not yet fully developed, it appears Defendant has not been sentenced following a jury's verdict of guilty in December 1992 on the charge of conspiracy to distribute and possess with intent to distribute lysergic acid diethylamide (LSD). In addition, it appears that trial must be scheduled on additional charges found in a Superseding Indictment (docket number 155) returned by the grand jury on September 23, 1993.

The Government asks that Defendant be detained pending further proceedings. At the initial appearance, Defendant waived his right to a detention hearing at this time.

## ORDER

IT IS THEREFORE ORDERED that the Government's request for pretrial detention is hereby **GRANTED**. Defendant's pretrial release is hereby **REVOKED**. The Defendant shall be detained pending further proceedings.

DATED this 29th day of December, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA