# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 92-CR-23-LRR |
| vs. | **ORDER** |
| MATTHEW WEST | |
| Defendant. | |

_____

The matter before the court is the government's Motion to Dismiss Superseding Indictment ("Motion") (docket no. 268), which the government filed on February 2, 2015. Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). "[T]he district court may deny leave to dismiss an indictment . . . when the defendant objects to the dismissal, [or] when dismissal is clearly contrary to the manifest public interest." *United States v. Jacobo-Zavala*, 241 F.3d 1009, 1012 (8th Cir. 2001). In this case, Defendant Matthew West has not objected to the dismissal. Furthermore, the court finds that dismissal is not clearly contrary to the manifest public interest. *See Jacobo-Zavala*, 241 F.3d at 1013-14 (finding that dismissal is contrary to the manifest public interest when the prosecutor acts in bad faith or has other improper motives). Accordingly, the Motion is **GRANTED**. The Superseding Indictment (docket no. 155) is **DISMISSED**.

**IT IS SO ORDERED.**

**DATED** this 3rd day of February, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA